**Dimetrious L. WOODS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74180.**

Missouri Court of Appeals, Western District.

Jan. 15, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 2013.

Application for Transfer to Supreme Court Denied April 30, 2013.

Kent Gipson, Kansas City, MO, for Appellant.

Shaun Mackelprang, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., MARK D. PFEIFFER, J., and ABE SHAFER, SP. J.

**ORDER**

PER CURIAM:

Dimetrious L. Woods appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).